JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K-HOMES INC., TRUSTEE OF THE CHEAM TRUST #2085, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID A. ANNETT, <br><br> Defendants. <br> _____ | Case No. CV 11-05037 DDP (JEMx) <br><br> **ORDER OF REMANDED** |

THE COURT having ordered the parties to show cause in writing, not later than September 9, 2011, why this action should not be remanded for lack of subject matter jurisdiction and the parties having failed to respond,

THE COURT ORDERS that this action be, and hereby is, remanded for failure to comply with the orders of the Court.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: September 19, 2011

DEAN D. PREGERSON
United States District Judge